[Nos. 28457-0-II; 28543-6-II;   Division Two.   April 20, 2004.]
28527-4-II.

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN MICHAEL
HEGNEY, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. JESSE REPHEAL
HILL, *Appellant*.

Appeals from judgments of the Superior Court for Pierce
County, Nos. 01-1-01150-4 and 00-8-02128-1, Kathryn J.
Nelson and Karen L. Strombom, JJ., entered March 21,
2002. *Affirmed* by unpublished opinion per Morgan, J.,
concurred in by Quinn-Brintnall, C.J., and Hunt, J.

[Nos. 28573-8-II; 28582-7-II.   Division Two.   April 20, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES ANDREW
NEELY, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. MANUEL JOSE
HERNANDEZ, *Appellant*.

Appeals from judgments of the Superior Court for Pierce
County, Nos. 00-8-02118-3 and 01-1-10150-4, D. Gary
Steiner, J., entered March 28, 2002. *Affirmed* by unpub-
lished opinion per Morgan, J., concurred in by Quinn-
Brintnall, C.J., and Hunt, J.

[No. 29621-7-II.   Division Two.   April 20, 2004.]

CONSTRUCTION ENTERPRISES & CONTRACTORS, INC., ET AL.,
*Appellants*, v. WARNER ENGINEERING,
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 00-2-04958-2, Sergio Armijo, J., entered Oc-
tober 11, 2002. *Reversed* by unpublished opinion per
Armstrong, J., concurred in by Morgan, A.C.J., and
Bridgewater, J.